Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMISON F. MARRA,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>on behalf of its agency THE DEPARTMENT OF TREASURY, and its bureau, THE INTERNAL REVENUE SERVICE,<br><br>    Respondent. | Case No. 2:20-cv-00283-RSM<br><br>**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY REGARDING MOTION TO DISMISS** |

This matter is before the Court on the United States' Unopposed Motion for Extension of Time to File Reply Regarding Motion to Dismiss (Dkt. No. 14) (the "Motion"). For good cause shown, the Court hereby GRANTS the Motion. The United States shall have a 14-day extension of time until May 29, 2020 to file a reply regarding its motion to dismiss (Dkt. No. 8).

IT IS SO ORDERED.

Dated this 15th day of May, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order Granting U.S. Unopp.
Mot. for Ext. of Time to File Reply re:
Mot. to Dismiss
(Case No. 2:20-cv-00283-RSM)

1

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

Presented by:

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Jennifer Y. Golden
JENNIFER Y. GOLDEN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044
Tel:  202-307-6547
Fax: 202-307-0054
Jennifer.Y.Golden@usdoj.gov

*Attorneys for the United States of America*

Order Granting U.S. Unopp.
Mot. for Ext. of Time to File Reply re:
Mot. to Dismiss
(Case No. 2:20-cv-00283-RSM)

2

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547