Hon. Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMISON F. MARRA,<br><br>          Petitioner,<br><br>and<br><br>UNITED STATES OF AMERICA, on behalf of its agency THE DEPARTMENT OF TREASURY, and its bureau, THE INTERNAL REVENUE SERVICE,<br><br>          Respondent | No. 2:20-cv-00283-RSM<br><br>ORDER OF DISMISSAL |

BASED UPON the Stipulation for Dismissal of Petition Without Prejudice executed by both parties to this action, and the Court finding that based upon the consent of the parties dismissal is appropriate under F.R.Civ.P. 41(a), it is hereby

ORDER OF DISMISSAL - Page 1 of 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

ORDERED that this action is dismissed, without prejudice.

DATED this 1st day of June, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

WENOKUR RIORDAN PLLC

/s/ Alan J. Wenokur

Alan J. Wenokur, WSBA # 13679
Attorney for Jamison F. Marra

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Jennifer Y. Golden

JENNIFER Y. GOLDEN
Trial Attorney, Tax Division
U.S. Department of Justice

ORDER OF DISMISSAL - Page 2 of 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)